UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUIS RAMIREZ,

      Plaintiff,

  v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

      Defendants.
_____/

No. C-12-06383 DMR

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference previously set for March 20, 2013 at 1:30 p.m. has been CONTINUED to **May 8, 2013, at 1:30 p.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than **May 1, 2013.**

    Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this Order and file a proof of service with the court.

    IT IS SO ORDERED.

Dated: March 15, 2013

_____
DONNA M. RYU
United States Magistrate Judge