**United States District Court**
For the Northern District of California

1
2
3
4
5
6                              UNITED STATES DISTRICT COURT

7                              NORTHERN DISTRICT OF CALIFORNIA

8

9    LUIS RAMIREZ,                              No. C-12-06383 DMR

10              Plaintiff,                      **ORDER CONTINUING CASE
                                                MANAGEMENT CONFERENCE**
11         v.

12   CITY AND COUNTY OF SAN FRANCISCO,
     et al.,
13              Defendants.
     _____/
14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16         The Case Management Conference previously set for March 20, 2013 at 1:30 p.m. has been

17   CONTINUED to **May 8, 2013, at 1:30 p.m.** in Courtroom 4, 3rd Floor, U.S. District Court, 1301

18   Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **May**

19   **1, 2013.**

20         Immediately upon receipt of this Order, Plaintiff shall serve Defendant with a copy of this

21   Order and file a proof of service with the court.

22

23         IT IS SO ORDERED.

24

25   Dated:  March 15, 2013

26                                              _____
                                                DONNA M. RYU
27                                              United States Magistrate Judge

28