1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                       NORTHERN DISTRICT OF CALIFORNIA

8  Luis Ramirez,                              No. C12-6383 DMR (JSC)

9            Plaintiff(s),                    **ORDER RE OVERDUE PAPERS**

10       v.

11 City and County of San Francisco, et al.,

12           Defendant(s).
   _____/

13

14       TO Plaintiff's and Defendants'  COUNSEL OF RECORD:

15       On May 9, 2013, you were ordered to lodge a Settlement Conference Statement seven (7)

16 days prior to the conference, which is scheduled for July 17, 2013.  Your statement was due on July

17 10, 2013.  It was not received by chambers.

18       IT IS HEREBY ORDERED that if a statement is not lodged by the close of business on

19 Monday, July 15, 2013, plaintiff and defendants will be sanctioned $100.00 per day for each day's

20 delay, beginning from the date it was originally due.

21

22 DATED:  July 15, 2013

23       _____
                 Jacqueline S. Corley

24       Jacqueline Scott Corley
         United States Magistrate Judge

25
26
27
28

**United States District Court**
For the Northern District of California