**United States District Court**
For the Northern District of California

1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                        NORTHERN DISTRICT OF CALIFORNIA
8
9   LUIS RAMIREZ,                              No. C-12-06383 DMR
10            Plaintiff(s),                    **ORDER CONTINUING CASE**
                                               **MANAGEMENT CONFERENCE**
11        v.
12  CITY AND COUNTY OF
    SAN FRANCISCO,ET AL,
13
              Defendant(s).
14  _____/
15
16  TO ALL PARTIES AND COUNSEL OF RECORD:
17        The Further Case Management Conference previously scheduled for September 4, 2013 has
18  been CONTINUED to **January 22, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court,
19  1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than
20  January 15, 2014**.**
21        IT IS SO ORDERED.
22
23  Dated:  August 29, 2013
24                                             _____
                                               DONNA M. RYU
25                                             United States Magistrate Judge
26
27
28