UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ, | No. C-12-06383 DMR |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, ET AL, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Further Case Management Conference previously scheduled for September 4, 2013 has been CONTINUED to **January 22, 2014 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than January 15, 2014**.**

IT IS SO ORDERED.

Dated: August 29, 2013

DONNA M. RYU
United States Magistrate Judge