DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
MARGARET BAUMGARTNER, State Bar #151762
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3859
Facsimile: (415) 554-3837
E-Mail: margaret.baumgartner@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO,
JENNIFER DICKSON, BRIAN CAMPBELL,
PATRICK G. OVERSTREET, ANGUS M.
CHAMBERS and GARED D. HANSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; GEORGE GASCÓN, individually; J. DICKSON #681, individually; BRIAN CAMPBELL, individually; Inspector OVERSTREET #526, individually; Officer CHAMBERS #972, individually; Officer HANSEN #2095, individually; and San Francisco Police Officers DOES 1-25 inclusive,<br><br>    Defendants. | Case No. C12-6383 DMR (JSC)<br><br>[~~PROPOSED~~] ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE |

FOR GOOD CAUSE SHOWN, the Court issues the following Order:

After careful consideration of the request of Defendants' counsel, the Court has determined that Jennifer Dickson, Brian Campbell, Patrick G. Overstreet, Angus M. Chambers and Gared D. Hansen are excused from attending the settlement conference in this matter.

DATED: November 26, 2013

*Jacqueline S. Corley*
HON. JAQUELINE CORLEY
United States Magistrate Judge

[Proposed] Order Excusing Defts from Sett. Conf.
Ramirez v. CCSF, et al – CV 12-6383

2

n:\lit\li2013\130749\00886261.doc