```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  CHERYL ADAMS, State Bar #164194
    Chief Trial Deputy
 3  MARGARET BAUMGARTNER, State Bar #151762
    Deputy City Attorney
 4  Fox Plaza
    1390 Market Street, Sixth Floor
 5  San Francisco, California 94102-5408
    Telephone:    (415) 554-3859
 6  Facsimile:    (415) 554-3837
    E-Mail:       margaret.baumgartner@sfgov.org
 7

 8  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
 9  JENNIFER DICKSON, BRIAN CAMPBELL,
    PATRICK G. OVERSTREET, ANGUS M.
10  CHAMBERS and GARED D. HANSEN
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS RAMIREZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; GEORGE GASCÓN, individually; J. DICKSON #681, individually; BRIAN CAMPBELL, individually; Inspector OVERSTREET #526, individually; Officer CHAMBERS #972, individually; Officer HANSEN #2095, individually; and San Francisco Police Officers DOES 1-25 inclusive,<br><br>    Defendants. | Case No. C12-6383 DMR (JSC)<br><br>[~~PROPOSED~~] ORDER EXCUSING CERTAIN DEFENDANTS FROM ATTENDING SETTLEMENT CONFERENCE |

1 | FOR GOOD CAUSE SHOWN, the Court issues the following Order:

2 |     After careful consideration of the request of Defendants' counsel, the Court has determined that Jennifer Dickson, Brian Campbell, Patrick G. Overstreet, Angus M. Chambers and Gared D. Hansen are excused from attending the settlement conference in this matter.

DATED: November 26, 2013

_____
HON. JAQUELINE CORLEY
United States Magistrate Judge